IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT LLOYD LEAR                                                                    PLAINTIFF

v.                      CASE NO. 2:20-CV-2191

SHERIFF RON BROWN AND
JAILER SAMANTHA GOODWIN                                 DEFENDANTS

## **JUDGMENT**

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this July 7, 2021.

                                                      /s/ P. K. Holmes III
                                                      P.K. HOLMES III
                                                      U.S. DISTRICT JUDGE